

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| COREY SINGLETERY, individually and on behalf of a class of similarly situated persons    )<br>)<br>)<br>)<br>Plaintiff,    )<br>)<br>vs.    )<br>)<br>EQUIFAX INFORMATION SERVICES, )<br>LLC,    )<br>)<br>Defendant.    ) | CV. No. 09-TMP-0489-S |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM AND SUPPORTING MATERIALS UNDER SEAL AND FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF CLASS CERTIFICATION MOTION

Comes now the Plaintiff, Corey Singletery, by and through undersigned counsel, and hereby files this Motion requesting the following relief:

1. Plaintiff's Motion for Class Certification and materials in support are due to be filed on January 21, 2011.

2. Because of the sensitive nature of materials contained in the Motion for Class certification and supporting materials, Plaintiff requests leave to file these documents under Seal. Defendant does not oppose this request.

3. In addition, Plaintiff has conferred with counsel for Defendant, and counsel for Defendant does not oppose Plaintiff's request to file a Reply brief two weeks after Defendant files its Opposition to Plaintiff's Motion for Class certification.

4. In addition, Plaintiff does not oppose Defendant's request to file a reply brief in support of any motion for summary judgment, said filing to be due two weeks after Plaintiff files his opposition to any such motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff moves this Court for leave to file under seal his Motion for Class Certification, Memorandum in Support of Class Certification, and Evidentiary Submission in Support of Class Certification under seal on January 21, 2011. Also Plaintiff moves this Court for leave to file and his Reply Brief in Support of Class Certification which will be filed two weeks after defendant's response has been filed. Further Plaintiff does not oppose Defendant's request to file a reply brief in support of any motion for summary judgment, said filing to be due two weeks after Plaintiff files his opposition to any such motion.

Respectfully Submitted,

/s/ Peter H. Burke
Peter H. Burke (ASB-1992-K74P
*One of the Attorneys for Plaintiff*

**OF COUNSEL:**

W. Todd Harvey, Esq.
Burke, Harvey & Frankowski, LLC
One Highland Place
2151 Highland Avenue
Suite 120
Birmingham, AL 35205
Phone:     (205) 930-9091
Fax:        (205) 930-9054
pburke@bhflegal.com
tharvey@bhflegal.com

William T. ("Bo") Johnson, III (ASB-2310-M69J)
Micah S. Adkins (ASB-8639-I43A)
**KIRBY JOHNSON, PC**
2007 Third Avenue North
Birmingham, Alabama 35203
Phone:     (205) 458-3553
Fax:        (205) 458-3589
Email bjohnson@kirbyjohnsonlaw.com
         madkins@kirbyjohnsonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day, of January, 2011, I have served a copy of the foregoing by electronic mail and/or by placing a copy of the same, properly addressed and postage prepaid by United States Mail, to the following counsel and/or parties of record:

Barry Goheen, Esq.
Lewis Perling, Esq.
K. Ann Broussard, Esq.
King & Spalding, LLP
1180 Peachtree Street
Atlanta, GA 30309

Victoria J. Franklin-Sisson
Jones, Walker, Waechter, Poitevent Carrere & Denegre
500 Financial Center
505 20th Street North, Suite 600
Birmingham, AL 35203

                                            /s/ Peter H. Burke
                                            OF COUNSEL