FILED
2011 Feb-04  PM 05:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| COREY SINGLETERY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV-09-TMP-0489-S |
| | ) | |
| v. | ) | |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

### MOTION OF NON-PARTY CENTRAL SOURCE LLC TO SEAL DOCUMENTS AND TESTIMONY PRODUCED PURSUANT TO A PROTECTIVE ORDER

In accordance with Rule 26 of the Federal Rules of Civil Procedure, non-party Central Source LLC ("Central Source") hereby respectfully requests the Court to reconsider its order of January 25, 2011 (Dkt. 96), which unsealed a deposition transcript and certain documents that were produced by non-party Central Source pursuant to the Court's Protective Order in this case (Dkt. 16).  The documents and information unsealed contain confidential, proprietary and trade secret information of non-party Central Source, including information that must be kept confidential to ensure the safety and security of the personal information of millions of consumers.  Because it is essential that this information not be made available to hackers, identity thieves or others with ill intent, good cause exists for sealing the information.  For the foregoing reasons, as more fully set forth in the memorandum in support hereof, Central Source respectfully requests the Court to seal Exhibits B, C, D, F & P to Plaintiff's motion for class certification.  Counsel for Central Source have left messages for Plaintiff's attorneys inquiring whether they oppose this Motion, but have not yet heard back from them.

9287791.2

This 4th day of February, 2011.

    /s/ Sara Anne Ford
Sara Anne Ford
*Attorney for Central Source LLC*

OF COUNSEL:

Sara Anne Ford (FOR037)
(sford@lightfootlaw.com)
Lightfoot, Franklin & White, LLC
The Clark Building
400 20th St. North
Birmingham, AL 35203
205-581-0752 (Telephone)
205-380-9152 (Facsimile)

**CERTIFICATE OF SERVICE**

      I, Sara Anne Ford, hereby certify that on February 4, 2011, a true and correct copy of this pleading was caused to be served on the below listed counsel of record by filing same in the CM/ECF System:

| | |
|---|---|
| William T. Johnson, III<br>Micah S. Adkins<br>Kirby Johnson, PC<br>2007 Third Avenue North<br>Birmingham, AL 35203 | Victoria J. Franklin-Sisson<br>Jones, Walker, Waechter, Poitevent,<br>Carrere & Denegre, L.L.P.<br>505 20th Street North Suite 600<br>Birmingham, AL  35203 |

Richard A. Bearden
Massey Stotser & Nichols, P.C.
Post Office Box 94308
Birmingham, AL  35220-4308

Peter H. Burke
W. Todd Harvey
Burke Harvey & Frankowski LLC
2151 Highland Avenue, Suite 120
Birmingham, AL  35205

Lewis P. Perling
Barry  Goheen
K. Ann Broussard
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta GA 30309-3521

                                        /s/ Sara Anne Ford
                                        Sara Anne Ford