FILED

2011 Feb-25  PM 05:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

COREY SINGLETERY, individually
and on behalf of a class of similarly
situated persons,

        Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES LLC,

        Defendant.

CIVIL NO. 2:09-cv-0489-TMP

REDACTED PER ORDER
GRANTING MOTION TO
SEAL, DOC. 117

### DECLARATION OF ALICIA FLUELLEN IN SUPPORT OF
### EQUIFAX INFORMATION SERVICES LLC'S
### UNIFIED STATEMENT OF MATERIAL FACTS

I, Alicia Fluellen, declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

1.    I am the Director of Consumer Customer Care in the Office of Consumer Affairs for Defendant Equifax Information Services LLC ("Equifax"). I am over 21 years of age and I have personal knowledge of the facts below based upon my experience and a review of Equifax's records. I am otherwise competent to provide this declaration.

2.    Throughout the period relevant to this lawsuit, I have served as the Director of Consumer Customer Care in the Office of Consumer Affairs. I have

been responsible for supervising the disclosure of consumers' credit files and the handling of consumers' inquiries and reinvestigation requests.

3.     Equifax is a consumer reporting agency within the meaning of the Fair Credit Reporting Act ("FCRA").   As such, it gathers information about consumers from various sources, including banks, collection agencies, and court records, which it uses to create credit files on more than 200 million consumers in the United States.

4.     Equifax assembles that information into consumer reports and sells those reports to subscribers who have a permissible purpose under the FCRA for obtaining consumer credit information.

5.     In accordance with the FCRA, Equifax also provides consumers with millions of free credit-file disclosures every year. **REDACTED**

6.     A consumer disclosure is a compilation of a consumer's credit history, including identifying information (name, address, social security number), any employment history reported, paying habits with creditors, and a history of third parties that have accessed the consumer's credit file.

7.     Under the FCRA, consumers who make a request are entitled to one free credit-file disclosure per year.  Requests must be directed to Central Source LLC ("Central Source"), otherwise known as the Annual Credit Report Request Service.

8.     Central Source was established by Equifax, Experian, and Trans Union – the three nationwide consumer reporting agencies – for the sole purpose of enabling consumers to request free annual disclosures from all three of these agencies through a single source.

9.     **REDACTED**

10.    **REDACTED**

11.    **REDACTED**

12.    **REDACTED**

13.    **REDACTED**

14.    Under some circumstances, consumers are also entitled to a free disclosure if they have been denied credit.  This is known as a free adverse-action consumer disclosure.

15.    **REDACTED**

16.    **REDACTED**

17.    **REDACTED**

18.    **REDACTED**

19.    **REDACTED**

20.    **REDACTED**

21.    **REDACTED**

22.    **REDACTED**

23. REDACTED

24. REDACTED

25. REDACTED

26. REDACTED

27. REDACTED

28. REDACTED

29. REDACTED

30. REDACTED

31. REDACTED

32. REDACTED

33. REDACTED

34. REDACTED

35. REDACTED

36. REDACTED

37. REDACTED

38. REDACTED

39. REDACTED

40. REDACTED

41. REDACTED

42. REDACTED

43.   **REDACTED**

44.   **REDACTED**

45.   **REDACTED**

46.   **REDACTED**

47.   **REDACTED**

48.   **REDACTED**

49.   **REDACTED**

50.   **REDACTED**

51.   **REDACTED**

52.   **REDACTED**

53.   **REDACTED**

54.   **REDACTED**

55.   **REDACTED**

56.   **REDACTED**

57.   Prior to April 2005, Equifax had no information regarding Plaintiff in its consumer database.

58.   A credit file for Plaintiff was created in Equifax's consumer database on or about April 7, 2005.

59.   Plaintiff's Equifax credit file was created on or about April 7, 2005 to store an inquiry made by Wachovia Bank.

60.  Wachovia identified the consumer as Corey Singletery and provided an address of **REDACTED**.

61.  Equifax generally obtains consumer address information from furnishers of information, which report credit information about consumers to Equifax.

62.  A furnisher of information may be a bank, credit card company, loan company, debt collector or other types of creditors/lenders that extend credit to consumers.

63.  After the creation of Plaintiff's credit file in April 2005, furnishers and other creditors that made inquiries into Plaintiff's credit file reported the address information it had on file regarding Plaintiff to Equifax.

64.  **REDACTED**

65.  Between April 2005 and early 2009, the address on Plaintiff's credit file did not change from **REDACTED**.

66.  The fact that the address on Plaintiff's credit file did not change from **REDACTED** between April 2005 and early 2009 indicates that Plaintiff's furnishers continued to report the address **REDACTED** to Equifax during that time period.

67.  At the time Plaintiff's father telephoned Central Source in 2008, Plaintiff's Equifax credit file still listed his address as **REDACTED**.  This is the

address that Wachovia Bank provided to Equifax when Plaintiff's credit file was created in April 2005.

68.   The address that Plaintiff's father provided was **REDACTED.**

69.   Because of this discrepancy between the address reporting on Plaintiff's credit file **REDACTED** and the address Plaintiff's father provided to Equifax over the phone **REDACTED**, Equifax, through a DDC agent, sent Plaintiff a standard letter, dated May 25, 2008, asking him to submit proof of his address. *See* May 9, 2008 Equifax letter to Plaintiff, attached hereto as Exhibit B-2.

70.   The letter reminded Plaintiff that he could obtain an annual disclosure without charge and asked him to submit the information with a copy of the May 25 Equifax letter. *Id.*

71.   On June 5, 2008, Plaintiff responded and mailed copies of his social security card and state identification card to Equifax, along with a copy of the May 25 letter, which Equifax received on June 9 or 10, 2008. *See* Correspondence from Plaintiff to Equifax, attached hereto as Exhibit B-3.

72.   On June 6, 2008, before Equifax received Plaintiff's response, the DDC agent again mailed Plaintiff a letter requesting proof of his address; this was in response to a second telephone call made to Central Source on Plaintiff's behalf. *See* June 6, 2008 Equifax letter to Plaintiff, attached hereto as Exhibit B-4.

73.    When Equifax received Plaintiff's June 5 letter, Equifax's mail vendor scanned it into Equifax's system and placed it in a consumer disclosure queue, where it was received by a DDC employee.

74.    As described above, the correct process at Equifax and at DDC would have been for the DDC employee to update Plaintiff's address in Equifax's records and to send a disclosure to Plaintiff.

75.    The DDC agent, rather than updating the address and sending a disclosure, sent Plaintiff a form letter, dated June 11, 2008, advising him that a request for a free annual disclosure must be directed to the Annual Credit Report Request Service (Central Source). *See* June 11, 2008 Equifax letter to Plaintiff, attached hereto as Exhibit B-5.

76.    On June 19, 2008, Plaintiff, or someone on his behalf, again called Central Source and requested a free annual disclosure.

77.    This third request was again routed to DDC, where, on June 25, 2008, an agent sent Plaintiff a standard letter requesting proof of his address. *See* June 25, 2008 Equifax letter to Plaintiff, attached hereto as Exhibit B-6.

78.    By return mail, with a letter Plaintiff, or someone on his behalf, had prepared on July 1, 2008, Plaintiff sent Equifax the same documents he had previously provided. *See* Correspondence from Plaintiff to Equifax, attached hereto as Exhibit B-7.

79.     On July 5, 2008, Equifax received Plaintiff's July 1 letter, which was again routed to DDC.

80.     In response to the correspondence from Plaintiff, or someone on his behalf, a DDC agent did not update Plaintiff's address and fulfill the disclosure request; instead, the agent sent Plaintiff a letter, dated July 8, 2008, directing him to Central Source. *See* July 8, 2008 Equifax letter to Plaintiff, attached hereto as Exhibit B-8.

81.     On or about July 14, 2008, Plaintiff, or someone on his behalf, contacted Central Source  and requested a disclosure on Plaintiff's behalf.

82.     Because the address on Plaintiff's credit file had not been updated, on July 17, 2008, a DDC agent sent Plaintiff a letter requesting proof of his address. *See* July 17, 2008 Equifax letter to Plaintiff, attached hereto as Exhibit B-9.

83.     If Equifax had mailed Plaintiff a copy of his disclosure, such action would have been less costly compared to transmitting letters to Plaintiff requesting confirmation of his identifying information.

84.     After Plaintiff filed this lawsuit, Equifax provided Plaintiff with a free copy of his consumer disclosure. *See* May 27, 2009 Equifax consumer disclosure for Plaintiff, attached hereto as Exhibit B-10.

Pursuant to 28 U.S.C. §1746, I further declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this _25_ day of February, 2011, at Atlanta, Georgia.


_Alicia Fluellen_
Alicia Fluellen

# EXHIBIT B-1

Confidential

EXECUTION COPY

SCHEDULE B

SERVICE LEVELS AND PERFORMANCE CREDITS

A.   QUALITY SERVICE LEVEL

For purposes of the Quality Service Level, the Consumer Requests are divided into the following categories:

| Category | Consumer Requests |
|---|---|
| Disputes | Disputes, Redirected Disputes, Email Disputes, BHighlighted Disputes, Fraud Disputes, Flat Disputes, Chrono/Credit Clinic, Attorney Mail, Security Freeze, Referrals, Mixed |
| Form Letters | Form Letters |
| Disclosures | Disclosures, Central Source Disclosures, FACTA Disclosures |
| Maintenance | Maintenance Regular, Fraud Alert, ACRO Post Error Maintenance, Fraud/Mixed Maintenance, Attorney Maintenance/OCA, Mixed Maintenance |
| CDV/Verification | CDV/Verification |

DDC will process all of the Consumer Requests in each Category with a goal of a 100% accuracy rate. The "Quality Service Level" for each Category of Consumer Requests is as follows:

| Category | Quality Service Level |
|---|---|
| Disputes | 85% Average Quality Score |
| Disclosures | 90% Average Quality Score |
| Maintenance | 90% Average Quality Score |
| CDV/Verification | 98% Average Quality Score |

The Consumer Requests in each Category must, independent of the Consumer Requests in the other Categories, meet the Quality Service Level for such Category. If, during a given month, DDC fails to meet the Category Quality Service Level for a Category, then DDC has not satisfied the Quality Service Level for such Category for the month.

B.   PROCESSING TIME SERVICE LEVEL

In addition to the Quality Performance Credits described above, the DDC processing time for each Consumer Request included within the volumes described by the Volume Forecast and/or the Additional Volume Forecast shall not exceed twenty-four (24) business hours (the "Processing Time"), and the DDC processing time for each Consumer Request included within the volumes described by the Emergency Volume Amount shall not exceed seventy-two (72) business hours (the "Disaster Recovery Processing Time"), excluding weekends and Equifax-observed holidays indicated in the Equifax Holiday Schedule (the Service Levels applicable to Consumer Requests included within the Volume Forecast, the Additional Volume Forecast or the Emergency Volume Amount are collectively referred to herein as the "Processing Time Service Level(s)"). Processing Time and Disaster Recovery Processing Time for each Consumer Request shall be measured from the time the files are loaded in to ACIS, pursuant to Schedule A, through the time that DDC fully processes the Image Files and makes the results thereof available to Equifax through Equifax's ACIS and/or ACRO systems. DDC must meet the Processing Time Service Levels one hundred percent (100%) of the time, unless Equifax fails to meet system availability requirements described in Schedule A. Failure to process any Consumer Request within the Processing Time or Disaster Recovery Processing Time is deemed a Processing Time Service Level failure. Further, each additional day which DDC fails to process such Consumer Requests, including weekend days and Equifax observed

19



DDC ATLANTA 000993
CONFIDENTIAL

Confidential

EXECUTION COPY

holidays, after the initial Processing Time Service Level(s) failure, is deemed an additional Processing Time Service Level failure, for which Equifax is entitled to additional credits, as described below. If DDC fails to meet the Processing Time Service Level(s), DDC will notify Equifax immediately of such failure. There is a Processing Time Service Level for each type of Consumer Request. Each type of Consumer Request must, independent of all other types of Consumer Requests, meet the applicable Processing Time Service Level.

C.     REPORTING TIMELINESS SERVICE LEVEL

DDC will provide certain reports to Equifax, as more fully described in Section H(5) of Schedule A hereto (the "Reports"). All such Reports shall be delivered to Equifax in the timeframe specified in Section H(5) of Schedule A (the "Reporting Timeliness Service Level"). Any failure to deliver any report to Equifax within the timeframe specified in Section H(5) of Schedule A shall be deemed a Reporting Timeliness Service Level failure. The Reporting Timeliness Service Level will be calculated based on the following severity levels, in accordance with the amount of time that any report is delinquent. For the purpose of calculating the Reporting Timeliness Performance Credit (as defined below), such credit will be based on the highest severity level impacted by any delinquency to deliver a Report. That is, if ten (10) Reports are delinquent in a given month, and eight of those Reports are two (2) hours late, one (1) is four (4) hours late, and the other Report is six (6) hours late, the Reporting Timeliness Performance Credit (as defined below) for all Reporting Accuracy Service Level failures will be based on the table below corresponding to Severity 3.

| Severity 1 | $2 <= x < 4$, where $x$ is the number of hours delinquent |
| Severity 2 | $4 <= x < 6$, where $x$ is the number of hours delinquent |
| Severity 3 | $x >= 6$, where $x$ is the number of hours delinquent |

D.     REPORTING ACCURACY SERVICE LEVEL

DDC will provide the Reports to Equifax with a goal of a 100% accuracy rate (the "Reporting Accuracy Service Level"). The Reporting Accuracy Service Level is the aggregate percentage of accuracy as measured across all Reports provided by Equifax to DDC in any given month. An aggregate Reporting Accuracy Service Level of less than one-hundred percent (100%) shall be deemed a Reporting Accuracy Service Level failure.

E.     SECURITY SERVICE LEVEL

Provider must at all times maintain one hundred percent (100%) compliance with the Security Protocols at each Location. Each failure to do so is a "Security Service Level Failure" at the Location at which the failure occurs. If Provider observes or becomes aware of a Security Service Level Failure, Provider shall complete the Security Incident Report form set forth in Attachment B.1 and deliver it to Equifax within ten (10) days after observing or becoming aware of such failure.

F.     PERFORMANCE CREDIT MEASUREMENTS

1.     Quality Performance Credits.

a.     Equifax will receive a Performance Credit of up to ▉▉▉▉▉▉▉ of the total monthly invoice amount attributable to all of the Consumer Requests in a Category for a Category that fails to meet

20

Confidential

EXECUTION COPY

the applicable Quality Service Level (each a "Quality Performance Credit") for a month. If the monthly Quality Score for a Category is less than the Quality Service Level for such Category then the Quality Performance Credit for such Category equals the difference multiplied by the total invoice amount attributable to the Consumer Requests in such Category.

For example, if in a given month, DDC's Quality Score for Consumer Requests in the Dispute Category is ███ then to calculate the Quality Performance Credit for the Dispute Category, DDC would subtract ███ from the ███ Quality Service Level, which is ███. Thus, DDC would owe a Quality Performance Credit for the Dispute Category equal to ███ of the total monthly invoice amount attributable to Consumer Requests in the Dispute Category.

b.      In the event that DDC's average monthly Quality Score for the Consumer Requests in a Category exceeds ███████ in any given month, Equifax will pay DDC a premium of ███ of the total monthly invoice amount attributable to Consumer Requests in the Category for every percentage point above ████████████ the "Quality Performance Incentive").

For example, if in a given month, DDC's Quality Score for Consumer Requests in the Dispute Category is ███ then to calculate the Quality Performance Incentive for the Dispute Category, DDC would subtract from the ███ Quality Service Level, which is ███. Thus, Equifax would owe a Quality Performance Incentive for the Dispute Category equal to ███ of the total monthly invoice amount attributable to Consumer Requests in the Dispute Category.

2.      Processing Time Performance Credits.

Equifax will receive a Performance Credit of ████████████ of the processing fee for the total number of Consumer Requests that fail to meet the Processing Time Service Levels for each type of Consumer Request, as described in Section B above (each a "Processing Time Performance Credit"). Additionally, for each subsequent twenty-four (24) hour period that such Consumer Request(s) fails to meet the Processing Time Service Levels, Equifax will receive an additional Performance Credit of another ███████ of the processing fee for each type of Consumer Request (each an "Additional Processing Time Performance Credit"). Additional Processing Time Performance Credits will increase by additional ███████ increments for each subsequent twenty-four (24) hour period where such Consumer Request(s) fails to meet the Processing Time Service Levels.

For example, if, in a given month, DDC fails to process 10,000 Disputes included within the Volume Forecast or Additional Volume Forecast within the twenty-four hour (24) Processing Time Service Level, then to calculate the Processing Time Performance Credit for such Disputes, DDC would multiply the cost for processing a Dispute ███ by ███████ and then multiply ███ by the 10,000 Disputes that failed to meet the Processing Time Service Level ███. Therefore, DDC would owe a Processing Time Performance Credit of ███ for Disputes for that month.

In the event that DDC failed to process 700 of the 10,000 Disputes described in the foregoing example for an additional twenty-four (24) hour period, then DDC would owe an Additional Processing Time Performance Credit, which would be calculated by multiplying the cost for processing a Dispute ███ by forty percent ███ and then multiply ███ by the 700 Disputes that failed to meet the Processing Time Service Level for an additional twenty-four (24) hour period, or ███. Therefore, DDC would owe an Additional Processing Time Performance Credit of ███ for Disputes for that month.

If 400 of those 700 Disputes remained unprocessed for an additional twenty four (24) hour period (that is, forty eight (48) hours from the Processing Time Service Level requirement, and seventy two (72) total hours since DDC's receipt of such Disputes), then DDC would owe a subsequent Additional Processing Time Performance Credit, which would be calculated by multiplying the cost for processing a Dispute ███████████████ and then multiply ███ by the 400 Disputes that failed to meet the Processing Time Service Level for an additional twenty four (24) hour period, o ███.

21

DDC ATLANTA 000995
CONFIDENTIAL

Confidential

EXECUTION COPY

Therefore, DDC would owe an Additional Processing Time Performance Credit of _____ plus _____, or _____, for Disputes for that month.

3.    Reporting Timeliness Performance Credits.

Equifax will receive a Performance Credit for Reports that fail to meet the Reporting Timeliness Service Level as described in Section C above (each a "Reporting Timeliness Performance Credit"). As described above, the threshold measurement for the Reporting Timeliness Performance Credit will be dictated by the Severity Level associated with the greatest amount of time that any Report is delinquent, as measured in accordance with the timeframes set forth in Section H(5) of Schedule A. Thereafter, the Reporting Timeliness Performance Credit will be generated based on the number of Reports that are delinquent, as described in the tables set forth below.

### SEVERITY 1 (2 <= x < 4, where x is the number of hours delinquent)

| Number of Delinquent Reports | Reporting Timeliness Performance Credit |
|---|---|
| 1-5 | 0 |
| 6-10 | ███ of the total monthly invoice |
| 11-15 | ███ of the total monthly invoice |
| 16-20 | ███ of the total monthly invoice |
| 20+ | ███ of the total monthly invoice |

### SEVERITY 2 (4 <= x < 6, where x is the number of hours delinquent)

| Number of Delinquent Reports | Reporting Timeliness Performance Credit |
|---|---|
| 1-5 | 0 |
| 6-10 | ███ of the total monthly invoice |
| 11-15 | ███ of the total monthly invoice |
| 16-20 | ███ of the total monthly invoice |
| 20+ | ███ of the total monthly invoice |

### SEVERITY 3 (x >= 6, where x is the number of hours delinquent)

| Number of Delinquent Reports | Reporting Timeliness Performance Credit |
|---|---|
| 1-5 | 0 |
| 6-10 | ███ of the total monthly invoice |
| 11-15 | ███ of the total monthly invoice |
| 16-20 | ███ of the total monthly invoice |

22

DDC ATLANTA 000996
CONFIDENTIAL

Confidential

| 20+ | ████ of the total monthly invoice |
|-----|-----------------------------------|

For example, if in a given month, DDC is delinquent in providing ten (10) reports to Equifax, and the greatest amount of time DDC is delinquent is four (4) hours, then DDC would owe a Reporting Timeliness Performance Credit of ████ of the total monthly invoice for that month.

4.      Reporting Accuracy Performance Credits.

Equifax will receive a Performance Credit for Reports that are inaccurate, that is Reports that fail to meet the Reporting Accuracy Service Level as described in Section D above (each a "Reporting Accuracy Performance Credit"). The Reporting Accuracy Performance Credit will be generated based on the aggregate percentage of accuracy, as measured across all Reports DDC is required to provide to Equifax, as described in Section H(5) of Schedule A.

For example, if there are ten (10) elements in a Report, and two (2) of them are inaccurate, then that Report has an eighty percent (80%) accuracy level (8 of 10 = 80%). If there are twenty (20) elements in another Report, and two (2) of them are inaccurate, then that Report would have a ninety percent (90%) accuracy level (18 of 20 = 90%). If there were twenty (20) total Reports in a given month, and two (2) of them were inaccurate, one with an eighty percent (80%) accuracy level and the other with a ninety percent (90%) accuracy level, then the aggregate percentage of accuracy for such month would be ninety eight and one quarter percent (98.25) (18 x 100+1 x 80+1 x 90 /20). The Reporting Accuracy Performance Credit would be calculated by assigning the Performance Credit amount associated with such percentage, in accordance with the following table:

| Accuracy Level | Performance Credit |
|----------------|--------------------|
| 100% | 0 |
| 99% | ████ of the total monthly invoice |
| 98% | ████ of the total monthly invoice |
| 97% | ████ of the total monthly invoice |
| >97% | ████ of the total monthly invoice |

Therefore, in the example above, DDC would owe a Reporting Accuracy Performance Credit of ████ of the total monthly invoice for that month.

5.      Security Performance Credits

Equifax will receive a Performance Credit (each a "Security Failure Performance Credit") equal to the product of (a) ████████████ multiplied by (b) the number of Security Service Failures which occurred in such month.

The parties may enter into multiple Transaction Documents under which Provider will perform different services in the same Location. If a Security Service Level Failure occurs in the same Location at which Provider is performing services for Equifax under a separate Transaction Document, the Security Failure Performance Credit shall be allocated on an equal pro rata basis to each of the Transaction Documents. For instance, if a Security Service Level Failure occurs in a Location being used to perform services under two different Transaction Documents and the Security Failure Performance Credit is ████, then ████ in Security Failure Performance Credits will be allocated toward each Transaction Document. Provided however, in no event will the Security Failure Performance Credits exceed ████████ of the total monthly invoice for the month in which such Security Service

23

Confidential

**EXECUTION COPY**

Level Failure occurs. If a Security Service Level Failure occurs at more than one Location, each Location at which such Security Service Level Failure occurs shall count as one Security Service Level Failure; by way of example, if a Security Service Level Failure occurs that affects the Manila Location and Leyete Location, such Security Service Level Failure shall count as two Security Service Level Failures.

24

DDC ATLANTA 000998
CONFIDENTIAL

Confidential

EXECUTION COPY

**Attachment B.1**
**Security Incident Report**

| SECURITY INCIDENT REPORT |
|---|
| 1. Form submitted by and date: |
| 2. Vendor (if applicable): |
| 3. Vendor contact name and telephone #: |
| 4. Incident description: |
|    a. Overview of incident type (e.g. inappropriate access to credit file, writing down Consumer information, unauthorized entry into Equifax work area, etc.): |
|    b. Scope and magnitude of impact on confidentiality, integrity or availability of Consumer information: |
|    c. Time of incident (provide start date and time as well as date detected): |
|    d. Time incident detected: |
|    e. If applicable, provide system/application name: |
|    f. Physical location of system: |
|    g. Any other relevant information: |
| 5. Investigation/Root Cause Analysis: |
| 6. Response: |
| 7. Other relevant information: |

The Service Provider Chief Security Officer will complete a SECURITY INCIDENT REPORT immediately after a security event has, or may have occurred, affecting the confidentiality, integrity or availability of Consumer information handled for Equifax. This form and all information surrounding security incidents must be secured with 128-bit encryption when transmitted over a public network (e.g. the Internet) to Equifax. Please send this form to dave.amster@equifax.com

25

DDC ATLANTA 000999
CONFIDENTIAL

# EXHIBIT B-2

Equifax Information Services LLC
PO Box 105466
Atlanta, GA 30348-5069

May 25th, 2008

052500811-FLT
COREY SINGLETERY

052500811-FLT
COREY SINGLETERY

May 25, 2008

Dear Consumer:

We have received your request concerning your annual free credit report from Equifax and are looking forward to assisting you. However, the information you provided as proof of your identity does not match your information currently on file. Therefore, to protect your credit information, we must ask for some additional information in order to verify your identification and address.

A copy of one item in **EACH** of the categories below is needed in order to verify your identification and address. The item you choose in the identity category *MUST* contain your Social Security number, and the item you choose in the address category *MUST* contain your *current mailing address* of: *1667 English Knoll Ln, Birmingham AL 35235-2921,*

IDENTIFICATION

* Social Security card
* Pay stub with U.S. Social Security number
* W2 form

ADDRESS

* Driver's license
* Rental lease agreement/house deed
* Pay stub with address
* Utility bill (gas, electric, water, cable, residential telephone bills)

To ensure that your request is processed without delay, please enlarge photocopies of any items that contain small print (e.g. driver's license, W2 forms, etc.). To avoid additional delays, keep in mind that if photocopies are not legible or contain highlighting, they may cause us to ask that you resubmit your request with more legible documents.

There is **NO CHARGE** for the annual free credit report, so if you included payment in the form of a personal check, it has been shredded for your protection. If you included a money order, it is being returned to you in a separate mailing directly from the Annual Credit Report Request Service.

*Please submit the requested information and this letter to the address below.*

Equifax Information Services LLC
PO Box 105466
Atlanta, GA 30348-5069

Thank you for the opportunity to assist you.

Equifax Information Services LLC

> **Would you like to know your credit score?** You can purchase your Equifax credit score for a charge of $ 7.95. If you have a major credit card you may use our automated ordering system at 1-877-SCORE-11, or you may send a check or money order for $ 7.95 to:
>
> Equifax Information Services LLC
> PO Box 105252
> Atlanta, GA 30348-5379

# EXHIBIT B-3

G 29455 00609080111

/09/2008 29 29034550 EFX111

052500811-FLT
COREY SINGLETERY

May 25, 2008

Dear Consumer:

We have received your request concerning your annual free credit report from Equifax and are looking forward to assisting you. However, the information you provided as proof of your identity does not match your information currently on file. Therefore, to protect your credit information, we must ask for some additional information in order to verify your identification and address.

A copy of one item in **EACH** of the categories below is needed in order to verify your identification and address. The item you choose in the identity category **MUST** contain your Social Security number, and the item you choose in the address category **MUST** contain your *current mailing address* of: *1667 English Knoll Ln, Birmingham AL 35235-2921,*

IDENTIFICATION

* Social Security card
* Pay stub with U.S. Social Security number
* W2 form

ADDRESS

* Driver's license
* Rental lease agreement/house deed
* Pay stub with address
* Utility bill (gas, electric, water, cable, residential telephone bills)

To ensure that your request is processed without delay, please enlarge photocopies of any items that contain small print (e.g. driver's license, W2 forms, etc.). To avoid additional delays, keep in mind that if photocopies are not legible or contain highlighting, they may cause us to ask that you resubmit your request with more legible documents.

There is **NO CHARGE** for the annual free credit report, so if you included payment in the form of a personal check, it has been shredded for your protection. If you included a money order, it is being returned to you in a separate mailing directly from the Annual Credit Report Request Service.

*Please submit the requested information and this letter to the address below.*

Equifax Information Services LLC
PO Box 105466
Atlanta, GA 30348-5069

Thank you for the opportunity to assist you.

Equifax Information Services LLC

Would you like to know your credit score? You can purchase your Equifax credit score for a charge of $ 7.95. If you have a major credit card you may use our automated ordering system at 1-877-SCORE-11, or you may send a check or money order for $ 7.95 to:

Equifax Information Services LLC
PO Box 105252
Atlanta, GA 30348-5379

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

EIS-SINGLETERY-000005

/09/2008 29 29034550 EFX111

Equifax Information Services LLC
PO Box 105466
Atlanta, GA 30348-5069

May 25th, 2008



052500811-FLT
COREY SINGLETERY

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          EIS-SINGLETERY-000006

BIRMINGHAM AL 350

05 JUN 2008 PM 6 L



Equifax Information Services
P.O. Box 105466
Atlanta, Ga. 30348-5069

/09/2008 29 29034550 EFX111





CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          EIS-SINGLETERY-000008

09/2008 29 29034550 EFX111

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

EIS-SINGLETERY-000009

# EXHIBIT B-4

Equifax Information Services LLC
PO Box 105466
Atlanta, GA 30348-5069

June 6th, 2008

060601913-FLT
COREY SINGLETERY

060601913-FLT
COREY SINGLETERY

June 6, 2008

Dear Consumer:

We have received your request concerning your annual free credit report from Equifax and are looking forward to assisting you. However, the information you provided as proof of your identity does not match your information currently on file. Therefore, to protect your credit information, we must ask for some additional information in order to verify your identification and address.

A copy of one item in **EACH** of the categories below is needed in order to verify your identification and address. The item you choose in the identity category *MUST* contain your Social Security number, and the item you choose in the address category *MUST* contain your *current mailing address* of: *1667 English Knoll Ln, Birmingham AL 35235-2921,*

### IDENTIFICATION

* Social Security card
* Pay stub with U.S. Social Security number
* W2 form

### ADDRESS

* Driver's license
* Rental lease agreement/house deed
* Pay stub with address
* Utility bill (gas, electric, water, cable, residential telephone bills)

To ensure that your request is processed without delay, please enlarge photocopies of any items that contain small print (e.g. driver's license, W2 forms, etc.). To avoid additional delays, keep in mind that if photocopies are not legible or contain highlighting, they may cause us to ask that you resubmit your request with more legible documents.

There is **NO CHARGE** for the annual free credit report, so if you included payment in the form of a personal check, it has been shredded for your protection. If you included a money order, it is being returned to you in a separate mailing directly from the Annual Credit Report Request Service.

*Please submit the requested information and this letter to the address below.*

    Equifax Information Services LLC
    PO Box 105466
    Atlanta, GA 30348-5069

Thank you for the opportunity to assist you.

Equifax Information Services LLC

---

**Would you like to know your credit score?**  You can purchase your Equifax credit score for a charge of $ 7.95. If you have a major credit card you may use our automated ordering system at 1-877-SCORE-11, or you may send a check or money order for $ 7.95 to:
                Equifax Information Services LLC
                    PO Box 105252
                Atlanta, GA 30348-5379

---

# EXHIBIT B-5

Equifax Information Services LLC
PO Box 105466
Atlanta, GA 30348-5069

June 11th, 2008

061102613-FLT
COREY SINGLETERY

061102613-FLT
COREY SINGLETERY

June 11, 2008

Dear Consumer:

We received your request for a copy of your annual free credit report from Equifax. However, for proper attention, you must send your request to the Annual Credit Report Request Service. Please contact the Annual Credit Report Request Service on the Web at www.annualcreditreport.com, or call 877-FACT-ACT (877-322-8228). You may also send your request using the Annual Credit Report Request Service mail form, which is available as a downloadable file on www.annualcreditreport.com.

If you included payment in the form of a personal check, it has been shredded for your protection. If you included a money order, it is being returned to you in a separate mailing.

Thank you for the opportunity to assist you.

Equifax Information Services LLC

---

**Would you like to know your credit score?**  You can purchase your Equifax credit score for a charge of $ 7.95.
If you have a major credit card you may use our automated ordering system at 1-877-SCORE-11, or you may send a check or money order for $ 7.95 to:

Equifax Information Services LLC
PO Box 105252
Atlanta, GA 30348-5379

---

# EXHIBIT B-6

Equifax Information Services LLC
PO Box 105466
Atlanta, GA 30348-5069

June 25th, 2008

062503295-FLT
COREY SINGLETERY

062503295-FLT
COREY SINGLETERY

June 25, 2008

Dear Consumer:

We have received your request concerning your annual free credit report from Equifax and are looking forward to assisting you. However, the information you provided as proof of your identity does not match your information currently on file. Therefore, to protect your credit information, we must ask for some additional information in order to verify your identification and address.

A copy of one item in **EACH** of the categories below is needed in order to verify your identification and address. The item you choose in the identity category *MUST* contain your Social Security number, and the item you choose in the address category *MUST* contain your *current mailing address* of:

**IDENTIFICATION**

* Social Security card
* Pay stub with U.S. Social Security number
* W2 form

**ADDRESS**

* Driver's license
* Rental lease agreement/house deed
* Pay stub with address
* Utility bill (gas, electric, water, cable, residential telephone bills)

To ensure that your request is processed without delay, please enlarge photocopies of any items that contain small print (e.g. driver's license, W2 forms, etc.). To avoid additional delays, keep in mind that if photocopies are not legible or contain highlighting, they may cause us to ask that you resubmit your request with more legible documents.

There is **NO CHARGE** for the annual free credit report, so if you included payment in the form of a personal check, it has been shredded for your protection. If you included a money order, it is being returned to you in a separate mailing directly from the Annual Credit Report Request Service.

*Please submit the requested information and this letter to the address below.*

Equifax Information Services LLC
PO Box 105466
Atlanta, GA 30348-5069

Thank you for the opportunity to assist you.

Equifax Information Services LLC

---

**Would you like to know your credit score?**  You can purchase your Equifax credit score for a charge of $ 7.95. If you have a major credit card you may use our automated ordering system at 1-877-SCORE-11, or you may send a check or money order for $ 7.95 to:

Equifax Information Services LLC
PO Box 105252
Atlanta, GA 30348-5379

---

# EXHIBIT B-7

QC 282198070508 0008

07/05/2008 28 28042198 Certified EFX8

062503295-FLT
COREY SINGLETERY

June 25, 2008

Dear Consumer:

We have received your request concerning your annual free credit report from Equifax and are looking forward to assisting you. However, the information you provided as proof of your identity does not match your information currently on file. Therefore, to protect your credit information, we must ask for some additional information in order to verify your identification and address.

A copy of one item in **EACH** of the categories below is needed in order to verify your identification and address. The item you choose in the identity category *MUST* contain your Social Security number, and the item you choose in the address category *MUST* contain your *current mailing address* of:

**IDENTIFICATION**
* Social Security card
* Pay stub with U.S. Social Security number
* W2 form

**ADDRESS**
* Driver's license
* Rental lease agreement/house deed
* Pay stub with address
* Utility bill (gas, electric, water, cable, residential telephone bills)

To ensure that your request is processed without delay, please enlarge photocopies of any items that contain small print (e.g. driver's license, W2 forms, etc.). To avoid additional delays, keep in mind that if photocopies are not legible or contain highlighting, they may cause us to ask that you resubmit your request with more legible documents.

There is **NO CHARGE** for the annual free credit report, so if you included payment in the form of a personal check, it has been shredded for your protection. If you included a money order, it is being returned to you in a separate mailing directly from the Annual Credit Report Request Service.

*Please submit the requested information and this letter to the address below.*

Equifax Information Services LLC
PO Box 105466
Atlanta, GA 30348-5069

Thank you for the opportunity to assist you.

Equifax Information Services LLC

---

**Would you like to know your credit score?** You can purchase your Equifax credit score for a charge of $7.95. If you have a major credit card you may use our automated ordering system at 1-877-SCORE-11, or you may send a check or money order for $7.95 to:

Equifax Information Services LLC
PO Box 105252
Atlanta, GA 30348-5379

---

FLT003295-Q1G-062503295- 2937 - 39868 A S

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER            EIS-SINGLETERY-000014

07/05/2008 28 28042198 Certified EFX8



Equifax Information Services LLC
PO Box 105466
Atlanta, GA 30348-5069

June 25th, 2008

062503295-FLT
COREY SINGLETERY

FLT003295-Q1G-062503295- 2937 - 39888 A S

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER       EIS-SINGLETERY-000015



5/2008 28 28042198 Certified EFX6

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7007 2680 0001 9811 9122

Equifax Information Services
P.O. Box 105466
Atlanta, Ga. 30348-5069

3034835486 B005

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER            EIS-SINGLETERY-000016

07/05/2008 28 28042198 certified EFX8

7/1/08

To Whom It May Concern,
       I have sent in your request
twice, and this is my last time
trying to get a copy of my credit
report. If I don't recieve a copy
very soon, I will do whats
necessary legally to obtain my
credit report.


                    Corey Singletery

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          EIS-SINGLETERY-000017

/05/2008 28 28042198 Certified EFX8



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

EIS-SINGLETERY-000018

# EXHIBIT B-8

Equifax Information Services LLC
PO Box 105466
Atlanta, GA 30348-5069

July 8th, 2008

070802192-FLT
COREY SINGLETERRY

070802192-FLT
COREY SINGLETERRY

July 8, 2008

Dear Consumer:

We received your request for a copy of your annual free credit report from Equifax. However, for proper attention, you must send your request to the Annual Credit Report Request Service. Please contact the Annual Credit Report Request Service on the Web at www.annualcreditreport.com, or call 877-FACT-ACT (877-322-8228). You may also send your request using the Annual Credit Report Request Service mail form, which is available as a downloadable file on www.annualcreditreport.com.

If you included payment in the form of a personal check, it has been shredded for your protection. If you included a money order, it is being returned to you in a separate mailing.

Thank you for the opportunity to assist you.

Equifax Information Services LLC

**Would you like to know your credit score?**  You can purchase your Equifax credit score for a charge of $ 7.95. If you have a major credit card you may use our automated ordering system at 1-877-SCORE-11, or you may send a check or money order for $ 7.95 to:

Equifax Information Services LLC
PO Box 105252
Atlanta, GA 30348-5379

# EXHIBIT B-9

Equifax Information Services LLC
PO Box 105466
Atlanta, GA 30348-5069

July 17th, 2008

071703786-FLT
COREY SINGLETERY

071703786-FLT
COREY SINGLETERY

July 17, 2008

Dear Consumer:

We have received your request concerning your annual free credit report from Equifax and are looking forward to assisting you. However, the information you provided as proof of your identity does not match your information currently on file. Therefore, to protect your credit information, we must ask for some additional information in order to verify your identification and address.

A copy of one item in **EACH** of the categories below is needed in order to verify your identification and address. The item you choose in the identity category *MUST* contain your Social Security number, and the item you choose in the address category *MUST* contain your *current mailing address* of:

**IDENTIFICATION**

* Social Security card
* Pay stub with U.S. Social Security number
* W2 form

**ADDRESS**

* Driver's license
* Rental lease agreement/house deed
* Pay stub with address
* Utility bill (gas, electric, water, cable, residential telephone bills)

To ensure that your request is processed without delay, please enlarge photocopies of any items that contain small print (e.g. driver's license, W2 forms, etc.).  To avoid additional delays, keep in mind that if photocopies are not legible or contain highlighting, they may cause us to ask that you resubmit your request with more legible documents.

There is **NO CHARGE** for the annual free credit report, so if you included payment in the form of a personal check, it has been shredded for your protection. If you included a money order, it is being returned to you in a separate mailing directly from the Annual Credit Report Request Service.

*Please submit the requested information and this letter to the address below.*

Equifax Information Services LLC
PO Box 105466
Atlanta, GA 30348-5069

Thank you for the opportunity to assist you.

Equifax Information Services LLC

---

**Would you like to know your credit score?**  You can purchase your Equifax credit score for a charge of $ 7.95. If you have a major credit card you may use our automated ordering system at 1-877-SCORE-11, or you may send a check or money order for $ 7.95 to:

Equifax Information Services LLC
PO Box 105252
Atlanta, GA 30348-5379

---

# EXHIBIT B-10

P O Box 740256
Atlanta GA 30348

May 27, 2009



To Start An Investigation, Please Visit Us At:
www.investigate.equifax.com

||.||.|.||.|.|.||.|.||.||.|.|.|.||.|.|.||.||.|.|.|.||

000707659-1
Corey Singletery

Dear Corey Singletery:

Thank you for requesting your credit file, commonly called a Consumer Credit Report. Your credit file contains information received primarily from companies which have granted you credit and from public record sources. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

To allow us to protect your privacy and deliver prompt service, please have your confirmation number accessible when you call or visit our web site. If there are items you believe to be incorrect, you may be able to initiate an investigation request via the Internet 24 hours a day, 7 days a week at:

### www.investigate.equifax.com

Using the Internet to initiate an on-line investigation request will expedite the resolution of your concerns.

Or you may complete the enclosed Research Request Form and return it to:

**Equifax Information Services LLC**
**P O Box 740256**
**Atlanta GA 30348**

*NOTE: Sending the Research Request Form to any other address will delay the processing of your request.*

**Under the FACT Act, you have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at: *1-877-SCORE-11*.**

---

**The FBI Has Named Identity Theft As The Fastest Growing Crime In America.**
Protect yourself with Equifax Credit Watch™, a service that monitors your credit file every business day and notifies you within 24 hours of any activity. To order, go to: *www.creditwatch.equifax.com*

---

## State of Alabama - Notice to Consumers

Although your state does not currently have a security freeze law in effect, under the Equifax voluntary security freeze program you may request that a security freeze be placed on your Equifax Information Services LLC (Equifax) credit report by sending a request in writing by certified mail or by electronic means as described below. The security freeze on your credit report will prohibit Equifax from releasing your credit report without your express authorization. The security freeze is designed to prevent the release of your credit report without your consent. However, you should be aware that using a security freeze to take control over who is allowed access to the personal and financial information in your credit report may delay, interfere with or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, government services or payments, rental housing, investment, license, cellular telephone, utilities, digital signature, Internet credit card transaction or other services, including an extension of credit at point of sale. When you place a security freeze on your credit report, you will be provided a personal identification number or password to use if you choose to remove the security freeze from your credit report or to authorize the temporary release of your credit report for a specific party or specific period of time while the security freeze is in place. To provide that authorization, you must contact Equifax and provide all the following:

1. Proper identification.

2. The unique personal identification number or password provided by the credit reporting agency.

3. The proper information regarding the specific party who is to receive the credit report or the specific period of time for which the credit report is to be available.

4. Appropriate fee.

Equifax will authorize the release of your credit report no later than fifteen (15) minutes after receiving the above information if the request is by electronic means or no later than three business days when a written request is submitted.

Equifax will permanently remove the security freeze from your credit file not later than 3 business days after receiving your request to do so.

A security freeze does not apply to certain persons, including a person, or collection agencies acting on behalf of a person, with whom you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. A security freeze does not apply to the use of your credit report for insurance underwriting purposes or employment purposes.

If you are actively seeking a new credit, loan, utility, or telephone account, you should understand that the procedures involved in lifting a security freeze may slow your own applications for credit. You should plan ahead and lift a freeze, either completely if you are shopping around or specifically for a certain creditor, with enough advance notice before you apply for new credit to enable the lifting to take effect.

To place a security freeze on your Equifax credit report, send your request via certified mail to:

Equifax Security Freeze
P.O. Box 105788
Atlanta, GA 30348

Or, you may contact us on the web at equifax.com or call 800-685-1111.

The fee to place a security freeze on your credit report is $10.00. If you are the victim of identity theft and you submit a copy of a valid police report, investigative report or complaint you have filed with a law enforcement agency regarding the unlawful use of your personal information by another person, no fee will be charged. Include your complete name, complete address, social security number, date of birth and payment, if applicable.

Written confirmation of the security freeze will be sent within 10 business days of receipt of the request via first class mail. It will include your unique personal identification number and instructions for removing the security freeze or authorizing the release of your credit report for a specific party or specific period of time.

# EQUIFAX

## CREDIT FILE : May 27, 2009

**Confirmation # 9147010837**

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

Name On File: Corey Singletery

Social Security #

Current Address:

Date of Birth:

Reported: 04/2005

**Please address all future correspondence to:**

www.investigate.equifax.com

Equifax Information Services LLC
P.O. Box 740256
Atlanta GA 30348

(800) 377-8568
M - F 9:00am to 5:00pm in your time zone.

**Collection Agency Information** *(This section includes accounts that credit grantors have placed for collection with a collection agency.)*

Credit Bureau of Bessemer; Collection Reported 10/2005; Creditor Class - Medical/Health Care; Client - Birmingham Radiology Group; Amount - $404 ; Status as of 10/2005 - Unpaid; Date of 1st Delinquency 01/2005; Balance as of 10/2005 - $404 ; Individual Account; Account #
3520-4910 : (205) 428-7323

In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call **WITHIN 60 DAYS** of the date of this credit file **AND** have a copy of this credit file along with the confirmation number.

Address: 1920 3rd Ave N Bessemer AL.

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by *.) (This section includes open and closed accounts reported by credit grantors)*

### Account Column Title Descriptions:

Account Number - The Account number reported by credit grantor
Date Acct. Opened - The Date that the credit grantor opened the account
High Credit - The Highest Amount Charged
Credit Limit - The Highest Amount Permitted
Terms Duration - The Number of Installments or Payments
Terms Frequency - The Scheduled Time Between Payments
Months Reviewed - The Number of Months Reviewed
Activity Description - The Most Recent Account Activity
Creditor Class - The Type of Company Reporting The Account
Date Reported - The Month and Year of the Last Account Update
Balance Amount - The Total Amount Owed as of the Date Reported

Amount Past Due - The Amount Past Due as of the Date Reported
Date of Last Paymnt - The Date of Last Payment
Actual Pay Amt - The Actual Amount of Last Payment.
Sched Pay Amt - The Requested Amount of Last Payment
Date of 1st Delinquency - The Date of First Delinquency
Date of Last Activy - The Date of the Last Account Activity
Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported
Charge Off Amt - The Amount Charged Off by Creditor
Deferred Pay Date - The 1st Payment Due Date for Deferred Loans
Balloon Pay Amt - The Amount of Final(Balloon) Payment
Balloon Pay Amt - The Date of Final(Balloon) Payment.
Date Closed - The Date the Account was Closed

### Account History
### Status Code
### Descriptions:

1 : 30-59 Days Past Due
2 : 60-89 Days Past Due
3 : 90-119 Days Past Due
4 : 120-149 Days Past Due

5 : 150-179 Days Past Due
6 : 180 or More Days Past Due
G : Collection Account
H : Foreclosure

J : Voluntary Surrender
K : Repossession
L : Charge Off

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER         EIS-SINGLETERY-000068

**Parkway Loan Corp.**  Dba Express Loans Co. 1477 Center Point Pkwy Center Point AL 35215-6170 : (205) 853-3339

| Account Identifier | Name As of / Date Reported | Balance Amount | Amount Past Due | Date Opened | High Credit | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Credit Limit | Terms Duration | Date of 1st Delinquency | Date of Last Activity | Terms Frequency | Date Maj Del. 1st Rptd | Months Revd | Charge Off Amount | Activity Description | Deferred Pay Start Date | Balloon Pay Amount | Creditor Classification | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01/2008 | $0 | | 11/2007 | $174 | 01/2008 | $46 | $58 | | 3 Months | | 01/2008 | Semi-Monthly | | 2 | | Paid and Closed | | | 1- 1- S | | 01/2008 |

Current Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Secured; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Secured;

### Inquiries that display to companies  (may impact your credit score)

This section lists companies that requested your credit file. Credit grantors may view these requests when evaluating your credit worthiness. Employment inquiries do not impact your credit score.

| Company Information | | Inquiry Date(s) |
|---|---|---|
| Hsbc Best Buy | | 01/19/2009 |
| 19850-5518 | PO Box 15518 Wilmington, DE | |
| Directv | | 10/17/2008 |
| 90245-3531 | 2230 E Imperial Hwy El Segundo, CA | |
| Gemb | | 05/09/2008 |
| 45401-0276 | PO Box 276 Dayton, OH | |
| Gamb/JC Penney | | 11/26/2007 |
| PO Box 981402 El Paso, TX 79998-1402  Phone: (800) 542-0800 | | |
| Parkway Loan Corp. | | 11/09/2007 |
| Dba Express Loans Co. 1477 Center Point Pkwy Center Point, AL 35215-6170  Phone: | | |
| (205) 853-3339 | | |
| Wachovia Bank National Assoc. | | 06/28/2007 |
| PO Box 3117 Winston Salem, NC 27102-3117  Phone: (336) 747-8325 | | |
| Wachovia Bank, Na/DirectFlu | | 08/13/2007 |
| 24040-0001 | PO Box 13327 Roanoke, VA | |

### Inquiries that do not display to companies  (do not impact your credit score)

(This section includes inquiries which display only to you and are not considered when evaluating your credit worthiness. - examples of this inquiry type include a pre-approved offer of credit, insurance, or periodic account review by an existing creditor.)

| Company Information | | Inquiry Date(s) |
|---|---|---|

### Company Information - Prefix Descriptions:

PRM - Inquiries with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit or insurance.  (PRM inquiries remain for 12 months)

PR - Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing.  (PR Inquiries remain for 12 months)

AM or AR - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors.  (AM and AR inquiries remain for 12 months)

Equifax or EFX - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy of your credit file or a research request.

ND - Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan.  (ND inquiries remain for 24 months)

ND MR - Inquiries with this prefix indicate an employment inquiry.  (EMPL inquiries remain for 24 months)

EMPL - Inquiries with this prefix indicate an employment inquiry.  (EMPL inquiries remain for 24 months)

| Company Information | | Inquiry Date(s) |
|---|---|---|

( Continued On Next Page )

9147010837302-000/07859-   1-   1- S

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          EIS-SINGLETERY-000069

| Company Information | | Inquiry Date(s) |
|---|---|---|
| Equifax | | 05/27/2009 |
| 30374-0241 | PO Box 740241  Atlanta, GA | |
| AR-Allied Interstate Inc | | 04/28/2009 |
| OH 43231-7689 | 3000 Corporate Exchange Dr  Systems, Inc. Columbus, | |
| Directv | | 10/16/2008 |
| Segundo,  CA 90245-3531 | 2230 E Imperial Hwy Mail Drop REF/R8N3227726 El | |
| AR-Directv | | 10/14/2008 |
| CA 90245-3531 | 2230 E Imperial Hwy Mail Station LA1/N367 El Segundo, | |

**** End of Credit File ****

9147010837S02-000707659-    1-   1 - S

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

EIS-SINGLETERY-000070

*Para información en español, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

○ **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment or to take another adverse action against you must tell you, and must give you the name, address, and phone number of the agency that provided the information.

○ **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  ○ a person has taken adverse action against you because of information in your credit report;
  ○ you are the victim of identity theft and place a fraud alert in your file;
  ○ your file contains inaccurate information as a result of fraud;
  ○ you are on public assistance;
  ○ you are unemployed but expect to apply for employment within 60 days.

  In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

○ **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

○ **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

○ **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

º **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

º **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

º **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

º **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

º **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

º **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:**

| TYPE OF BUSINESS: | CONTACT INFORMATION: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580   1-877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010-9050   800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Consumer Help PO Box 1200 Minneapolis, MN 55480   888-851-1920   (TTY: 877-766-8533) |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision Consumer Complaints Washington, DC 20552 . 800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration 1775 Duke Street Alexandria, VA 22314      703-518-6360 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation Consumer Response Center, 2345 Grand Avenue, Suite 100 Kansas City, Missouri 64108-2638   1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation , Office of Financial Management Washington, DC 20590   202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture Office of Deputy Administrator - GIPSA Washington, DC 20250   202-720-7051 |

## Commonly Asked Questions About Credit Files

Q. *How can I correct a mistake in my credit file ?*
A. Complete the Research Request form and give details of the information you believe is incorrect. We will then check with the credit grantor, collection agency or public record source to see if any error has been reported. Information that cannot be verified will be removed from your file. If you and a credit grantor disagree on any information, you will need to resolve the dispute directly with the credit grantor who is the source of the information in question.

Q. *Why doesn't my credit information from Equifax match that of Experian and TransUnion ?*
A. Credit information providers do not share your credit data with each other. As a result, updates made to your Equifax credit file may not be reflected on reports from Experian and TransUnion. You will need to contact the other credit information services directly to correct any inaccurate information. Contact information is provided below:

**Trans Union, PO Box 1000, Chester, PA 19022  Phone: (800) 888-4213**

**Experian, P.O. Box 9530 Allen, TX 75013  Phone: (888) 397-3742**

Q. *If I do have credit problems, is there someplace where I can get advice and assistance ?*
A. Yes, there are a number of organizations that offer assistance. For example, the Consumer Credit Counseling Service (CCCS) is a non-profit organization that offers free or low-cost financial counseling to help people solve their financial problems. CCCS can help you analyze your situation and work with you to develop solutions. There are more than 600 CCCS offices throughout the country. Call 1 (800) 388-2227 for the telephone number of the office nearest you.

## Facts You Should Know

o  The length of time an account or record remains in your credit file is shown below:

Collection Agency Accounts: Remain for up to 7 years from the Date of 1st Delinquency.

Credit or Other Reported Accounts: Accounts paid as agreed remain for up to 10 years from the Date of Last Activity. Accounts not paid as agreed (i.e. delinquent, charge off, accounts placed for collection) remain for up to 7 years from the Date of 1st Delinquency.

Public Records: Remain for up to 7 years from the date filed, except:
Bankruptcy - Chapter 7 and 11 remain for up to 10 years from the date filed.
Bankruptcy - Chapter 13 dismissed or no disposition rendered remain for up to 10 years from the date filed.
Unpaid tax liens remain indefinitely.
Paid tax liens remain for up to 7 years from the date released.

New York State Residents Only: Satisfied judgments remain for up to 5 years from the date filed; paid collections remain for up to 5 years from the Date of 1st Delinquency.

California State Residents Only: Unpaid tax liens remain for up to 10 years from the date filed or up to 7 years from the date released.

Payment history for an account on your credit file, if any, is found at the bottom of an account under the title "Account History with Status Codes". This history reflects the month, year and late payment status, and is generally supplied by credit grantors or other furnishers of information to Equifax with whom you have a relationship. This history is included on both open accounts and accounts that have already been closed. Payment in full does not remove your payment history. If you have always paid an account as agreed, the account should not have payment history status information. Specific payment history typically remains on your credit file for up to 7 years from the date shown for it.

o  Many companies market consumer products and services by mail. Millions of people take advantage of these direct marketing opportunities because it is a convenient way to shop. If you prefer to reduce the number of direct marketing mailings, you can write to: Direct Marketing Association, Mail Preference Service, P.O. Box 9008, Farmingdale, NY 11735-9008. To request that your name be removed from Direct Marketing Association member lists, include your complete name, full address and signature.

o  Name, address, and Social Security Number information may be provided to businesses that have a legitimate need to locate or identify a consumer.

### Notice: Dispute Review Process and Your Rights:

Upon receipt of your dispute, we first review and consider the relevant information you have submitted regarding the nature of your dispute. If that review does not resolve your dispute and further investigation is required, notification of your dispute, including the relevant information you submitted, is provided to the source that furnished the disputed information. The source reviews the information provided, conducts an investigation with respect to the disputed information and reports the results back to us. The credit reporting agency then makes deletions, or changes to your credit file as appropriate based on the results of the reinvestigation. The name and address and, if reasonably available, the phone number of the furnisher(s) of information contacted while processing your dispute(s) is shown under the "Results of Your Investigation" section.

If you still disagree with an item after it has been verified, you may send to us a brief statement, not to exceed 100 words (200 words for Maine residents) explaining the nature of your disagreement. Your statement will become part of your credit file and will be disclosed each time your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past 6 months for any purpose (12 months for California, Colorado, Maryland, New Jersey and New York residents) or in the past two years for employment purposes.

# EQUIFAX        RESEARCH REQUEST FORM

You may initiate an investigation request via the internet at www.investigate.equifax.com. To initiate your request or if you elect below to have the results of your investigation posted on a secured website, you will need the below confirmation number, email address you provided, and ID information.

Or, mail this document to the following address:

Equifax Information Services LLC
P O Box 740256
Atlanta GA 30348

Email Address (please print clearly): _____

Would you like Equifax to hide the first 5 digits of your social security number on our response to you?    Circle:  Yes  No

| *Confirmation Number: 9147010837* |
|---|

Intentionally making any false statements to a consumer reporting agency for the purpose of having it placed on a consumer report is punishable by law in some states. To ensure that your request is processed accurately, please enlarge photocopies of any items that contain small print (i.e. driver's license, W2 Forms, etc.). Photocopies that are not legible or contain highlighting may cause us to request that you resubmit your request for clarity.

If your identity information differs from the information listed on this form, please fill in the correct information in the space provided for each item. Please provide a photocopy of your driver's license, social security card, or recent utility bill that reflects the correct information.

Name: Corey Singletery                                                     SS#: ▓▓▓▓▓▓▓
                                                                           DOB: ▓▓▓▓▓▓▓

Current Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Previous Address(es): _____

Daytime Phone Number                                           Evening Phone Number

List other names which you have used for credit in the past

## Collection Agency Information

Collection Agency Name _____  Account Number _____
Reason for investigation:  ☐ Not Mine      ☐ Collection Paid in Full      ☐ Paid Before Collection Status
☐ Other (Please explain) _____

Collection Agency Name _____  Account Number _____
Reason for investigation:  ☐ Not Mine      ☐ Collection Paid in Full      ☐ Paid Before Collection Status
☐ Other (Please explain) _____

## Credit Account Information

Company Name _____  Account Number _____
Reason for investigation:  ☐ Not Mine  ☐ Paid in Full  ☐ Current/Previous Payment Status Incorrect  ☐ Account Closed
☐ Other (Please explain) _____

Company Name _____  Account Number _____
Reason for investigation:  ☐ Not Mine  ☐ Paid in Full  ☐ Current/Previous Payment Status Incorrect  ☐ Account Closed
☐ Other (Please explain) _____

Company Name _____  Account Number _____
Reason for investigation:  ☐ Not Mine  ☐ Paid in Full  ☐ Current/Previous Payment Status Incorrect  ☐ Account Closed
☐ Other (Please explain) _____

Company Name _____  Account Number _____
Reason for investigation:  ☐ Not Mine  ☐ Paid in Full  ☐ Current/Previous Payment Status Incorrect  ☐ Account Closed
☐ Other (Please explain) _____

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER