**GE Consumer Finance**

GE Money Bank
c/o Cardholder Operations
P.O. Box 981127
El Paso, Texas    79998-1127

8-14-85

FAX-678-795-7798 [scribbled out]

1-877-322-8228
888-532-0179
1800-797-7050   421-21-767
877-474-8273
404-885-8000

6739

Corey Singletery
1667 English Knoll
Bham, AL 35235-0000

|..||..|.|..|.|..||.|.|..|.||

05/09/08
Dear   Corey Singletery:

Thank you for your application for a(n) GE Money Bank HH Gregg Stores account. Regretfully, your request cannot be approved at this time.

In evaluating your request, a credit scoring system was used that meets the detailed standards for such systems set out in the regulation implementing the provisions of the Federal Equal Credit Opportunity Act. This system assigns a point value to various items of information which, taken together, have been demonstrated to predict the statistical probability that a consumer will pay in accordance with the terms of the transaction requested. The points obtained for each factor or characteristic considered by the scoring system were added together and you did not achieve the approval score assigned by the system. Since each category scored by the system contributed to the total score, no individual factor was solely responsible for your score being less than the approved score. Nevertheless, the factor(s) where you did not score well compared with other consumers have been determined and these factor(s) were:

-delinquency, adverse public record or collection
-no open bankcard accounts reported
-too few accounts currently paid as agreed
-age of oldest account

In evaluating your application, the consumer reporting agency below provided us with information that in whole or part influenced our decision. The consumer reporting agency played no part in our decision other than providing us with credit information about you and is unable to supply specific reasons why we have denied credit to you. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file. You also have a right to a free copy of your report from the credit reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find any information contained in the report you receive is inaccurate, you have the right to dispute the matter with the credit reporting agency. Any questions regarding such information should be directed to the consumer reporting agency below:
  Equifax Credit Info Se
  1550 Peachtree Street

PLAINTIFF

CDLR9613 538Z    0 CC 1   07    0 PAGE 00001 OF 00002    00006739

**GE Consumer Finance**

Maildrop H 13
Atlanta, Ga 30309
800-685-1111

If you have any questions regarding this letter, please write us at: Card Services, c/o Application Processing, OH3-4250, P.O. Box 8726, Dayton, Ohio 45401-8726.

Sincerely,
Client Services
033632727
E03

PLAINTIFF

## IMPORTANT INFORMATION REQUIRED BY FEDERAL LAW AND ADDITIONAL INFORMATION FOR RESIDENTS OF OHIO AND WASHINGTON

### GE Money Bank or GEMB Lending Inc.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor (GE Money Bank or GEMB Lending Inc.) is Office of Thrift Supervision, Regional Director of the Chicago Regional Office, One South Wacker Dr, Suite 2000, Chicago, IL 60606.

### GE Capital Financial Inc.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor (GE Capital Financial, Inc.) is the Regional Director, Federal Deposit Insurance Corporation, Credit Card Center, 2345 Grand Ave, Suite 100, Kansas City, Missouri 64108.

### Thor Credit Corporation or General Electric Capital Corporation

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor (Thor Credit Corporation or General Electric Capital Corporation) is Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

OHIO RESIDENTS: The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

WASHINGTON RESIDENTS: The Washington state law against discrimination prohibits discrimination in credit transactions because of race, creed, color, national origin, sex, or marital status. The Washington State Human Rights Commission administers compliance with this law.

## INFORMACIÓN IMPORTANTE REQUERIDA POR LA LEY FEDERAL E INFORMACIÓN ADICIONAL PARA LOS RESIDENTES DE OHIO Y WASHINGTON

### GE Money Bank or GEMB Lending Inc.

La Ley Federal de Igualdad de Oportunidades de Crédito (Federal Equal Credit Opportunity Act) prohíbe a los acreedores discriminar a los solicitantes de crédito basándose en la raza, color, religión, nacionalidad, sexo, estado civil, edad (a condición que el solicitante cuente con la capacidad legal para celebrar un contrato vinculante), por razón de que todo o parte del ingreso del solicitante deriva de un programa de asistencia pública o por razón de que el solicitante ha ejercido de buena fe cualquier derecho que le otorga la Ley de Protección de Crédito para el Consumidor (Consumer Credit Protection Act). La agencia federal que supervisa el cumplimiento de esta ley con respecto a este acreedor (GE Money Bank or GEMB Lending Inc.) es la Office of Thrift Supervision, Regional Director of the Chicago Regional Office, One South Wacker Dr, Suite 2000, Chicago, IL 60606.

### GE Capital Financial Inc.

La Ley Federal de Igualdad de Oportunidades de Crédito (Federal Equal Credit Opportunity Act) prohíbe a los acreedores discriminar a los solicitantes de crédito basándose en la raza, color, religión, nacionalidad, sexo, estado civil, edad (a condición que el solicitante cuente con la capacidad legal para celebrar un contrato vinculante), porque todo o parte del ingreso del solicitante deriva de un programa de asistencia pública o porque el solicitante ha ejercido de buena fe cualquier derecho que le otorga la Ley de Protección de Crédito para el Consumidor (Consumer Credit Protection Act). La agencia federal que supervisa el cumplimiento de esta ley con respecto a este acreedor (GE Capital Financial, Inc.) es el Director Regional, Federal Deposit Insurance Corporation, Credit Card Center, 2345 Grand Ave, Suite 100, Kansas City, Missouri 64108.

### Thor Credit Corporation or General Electric Capital Corporation

La Ley Federal de Igualdad de Oportunidades de Crédito (Federal Equal Credit Opportunity Act) prohíbe a los acreedores discriminar a los solicitantes de crédito basándose en la raza, color, religión, nacionalidad, sexo, estado civil, edad (a condición que el solicitante cuente con la capacidad legal para celebrar un contrato vinculante), porque todo o parte del ingreso del solicitante deriva de un programa de asistencia pública o porque el solicitante ha ejercido de buena fe cualquier derecho que le otorga la Ley de Protección de Crédito para el Consumidor (Consumer Credit Protection Act). La agencia federal que supervisa el cumplimiento de esta ley con respecto a este acreedor (Thor Credit Corporation or General Electric Capital Corporation) es la Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

RESIDENTES DE OHIO: Las leyes de Ohio contra la discriminación requieren que todos los acreedores sean equitativos en el otorgamiento de créditos a todos los clientes solventes y que al solicitarlo a las agencias de información crediticia, éstas mantengan historiales crediticios independientes para cada persona. La Comisión de Derechos Civiles de Ohio es la encargada de que se cumpla con esta ley.

RESIDENTES DE WASHINGTON: La ley estatal de Washington en contra de la discriminación prohíbe la discriminación en transacciones de crédito basándose en la raza, religión, color, nacionalidad, sexo o estado civil. La Comisión de Derechos Civiles de Washington es la encargada de que se cumpla con esta ley.