UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| COREY SINGLETERY, individually and on behalf of a class of similarly situated persons,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, L.L.C.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:09-CV-0489-SLB<br>)<br>)<br>)<br>)<br>) |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, it is hereby **ORDERED** as follows:

1. Plaintiff's Objections to the Magistrate Judge's Report and Recommendation, (doc. 150), are **OVERRULED**. The court **ACCEPTS** the Recommendation of the Magistrate Judge that plaintiff's Motion for Class Certification, (doc. 94), should be denied and defendant's Motion for Summary Judgment, (doc. 119), should be granted.

2. Plaintiff's Motion for Class Certification, (doc. 94), is **DENIED**.

3. Defendant's Motion for Summary Judgment, (doc. 119), is **GRANTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

4. Costs are taxed against the plaintiff.

**DONE**, this 18th day of September, 2012.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE