FILED
2012 Oct-16 PM 01:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **COREY SINGLETERY, individually and on behalf of a class of similarly situated persons**  **Plaintiff,** vs. **EQUIFAX INFORMATION SERVICES LLC,**  **Defendant.** | 2:09-cv-00489-SLB |

## NOTICE OF APPEAL

Notice is hereby given that Cory Singletery, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Order granting Defendant Equifax Information Services, LLC's Motion for Summary Judgment (Doc. No. 157) and Memorandum Opinion (Doc. No. 156) entered in this action on the 18th day of September, 2012.

Respectfully Submitted,

/s/ Peter H. Burke
Peter H. Burke (ASB-1992-K74P)
J. Allen Schreiber (ASB-2540-R76J)
Micah S. Adkins (ASB-8639-I43A)
**BURKE, HARVEY & FRANKOWSKI, LLC**
One Highland Place
2151 Highland Avenue South

Suite 150
Birmingham, AL 35205
Phone:   (205) 930-8144
Fax:     (205) 930-9054
Email:   pburke@bhflegal.com
         aschreiber@bhflegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day, of October, 2012, I have served a copy of the foregoing notice by electronic means using the CM/ECF system or by First Class US Mail to the following counsel of record:

Barry Goheen, Esq.
Lewis Perling, Esq.
K. Ann Broussard, Esq.
King & Spalding, LLP
1180 Peachtree Street
Atlanta, GA 30309

Victoria J. Franklin-Sisson
Jones, Walker, Waechter, Poitevent Carrere & Denegre
500 Financial Center
505 20th Street North, Suite 600
Birmingham, AL 35203

/s/ Peter H. Burke
OF COUNSEL

2