# UNITED STATES COURT OF APPEALS
### For the Eleventh Circuit

_____

No. 12-15408

_____

District Court Docket No.
2:09-cv-00489-SLB

CORY SINGLETERY,
individually and on behalf of class of similarly situated persons,

Plaintiff - Appellant,

versus

EQUIFAX INFORMATION SERVICES, LLC,

Defendant - Appellee.

_____

Appeal from the United States District Court for the
Northern District of Alabama

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 03, 2013
For the Court: John Ley, Clerk of Court
By: Djuanna Clark

**ISSUED AS MANDATE:  11/04/2013**

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

November 04, 2013

For rules and forms visit
www.ca11.uscourts.gov

Sharon Harris
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 12-15408-AA
Case Style: Cory Singletery v. Equifax Information Services,
District Court Docket No: 2:09-cv-00489-SLB

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Regina A. Veals-Gillis
Phone #: (404) 335-6163

Enclosure(s)

MDT-1 Letter Issuing Mandate